Kenneth J. Ferguson and Charles A. Wright, Respondents, v. Jacob V. Oliver, Appellant.— Judgment modified by reducing the amount thereof by the sum of twenty-seven dollars and twenty-one cents, being amount of interest added by the court, and as so modified affirmed, without costs of appeal. All concurred.

Edward Fitzpatrick, as Administrator, etc., of George L. Fitzpatrick, Deceased, Appellant, v. Boston and Maine Railroad, Respondent.— Judgment unanimously affirmed, with costs.

De Witt A. Gleason, Appellant, v. The W. L. Scott Lumber Company, Respondent.— Judgment affirmed, with costs. All concurred.

David Gring, Appellant, v. American Pipe and Construction Company, Respondent.— Judgment unanimously affirmed, with costs, upon the opinion of Justice J. A. Kellogg at Special Term. (Reported in 74 Misc. Rep. 570.)

James Grogan, Respondent, v. James J. Dooley and Others, Appellants. — Judgment and order affirmed, with costs. All concurred, except Kellogg and Houghton, JJ., dissenting.

Clarence F. Hotchkiss, Respondent, v. Mary Josephine Keyworth Broome, Appearing by Thornton J. Theall, Her Guardian ad Litem, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred; Lyon, J., not sitting.

Whiteside Hill, Respondent, v. Andrew Maurer, Appellant, Impleaded with Eva M. Hill and Others.— Judgment unanimously affirmed, with costs.

Benjamin N. Jacobson, Suing in Behalf of Himself and Other Stockholders of Defendant Corporation, Appellant, v. Brown Brothers Moulding Company and Others, Respondents.— Judgment and order affirmed, with costs. All concurred; Smith, P J., not sitting.

Frederick W. Kavanaugh, Respondent, v. Thomas A. McIntyre, Defendant, Impleaded with John G. McIntyre and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

George H. Loudon, Respondent, v. Grant Houck and Abbie Houck, Appellants.— Judgment unanimously affirmed, with costs.

George M. La Duke, Respondent, v. Hudson River Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Edward Lawyer, Respondent, v. Edwin Barton, Appellant.—Judgment affirmed, with costs. All concurred.

Frederic E. Lyford, Respondent, v. Byram L. Winters, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Morton B. Marshall, Respondent, v. Edward S. Wiltbank, Appellant.— Interlocutory judgment affirmed, with costs, with leave to defendant, within twenty days, to withdraw demurrer and answer upon payment of costs of the trial court and of this appeal. All concurred.